# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2026

VIA ECF & EMAIL

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Aviles Cruz, 26-cr-00038 (NSR)*

Dear Honorable Judge Román:

  I am writing to provide a stipulation from the parties regarding Mr. Aviles Cruz's surrender to custody.

  As Your Honor likely recalls, Mr. Aviles Cruz was before Your Honor on Friday, January 30, 2026, where waived indictment, and pleaded guilty to a one count information charging him with possession with intent to distribute narcotics in violation of 18 U.S.C. §§ 812, 841(a)(1), (b)(1)(B).

  Mr. Aviles Cruz has been released on conditions since his initial appearance on July 7, 2025. Following his plea, since he pleaded guilty to a controlled substance offense that carries a maximum sentence of over 10 years, Mr. Aviles Cruz became subject to mandatory detention pursuant to 18 U.S.C. § 3145(c). However, he may continue to be released if there is clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community and he can demonstrate "exceptional reasons" that would warrant his release. 18 U.S.C. § 3145(c).

  On January 15, 2026, Mr. Aviles Cruz had a cervical disc arthroplasty surgery. I have provided a letter to the government from Mr. Aviles Cruz's surgeon that verified this surgery took place and that his doctor advises it is best for Mr. Aviles Cruz to remain from surrendering until six-week post-operatively. His doctor advised that he could surrender to serve his sentence after February 26, 2026.

  Therefore, the parties stipulate that Mr. Aviles Cruz meets the criteria of 18 U.S.C. § 3145(c) until February 26, 2026. Mr. Aviles Cruz will surrender to the United States Marshals Service at the White Plains courthouse no later than 2 p.m. on Friday, February 27, 2026. If, for

whatever reason, Mr. Aviles Cruz's doctor advises that his medical condition requires additional time in the community, the parties will confer immediately and notify the Court of the same.

Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Counsel for Angel Aviles Cruz